USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

    Plaintiff,

  -against-

BLOOMS DELI,

    Defendant.
------------------------------------------------------------X

ORDER

19-CV-3532 (GBD)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  By an order dated October 11, 2019, plaintiff was directed to advise the Court, on or before October 21, 2019, of the status of this action, as the: (1) defendant has failed to answer or move against the complaint; (2) time for doing so had expired; and (3) docket sheet does not reflect any activity by the plaintiff, based on the defendant's failure to respond to the complaint. The plaintiff failed to comply with the Court's October 11, 2019 order. Owing to the plaintiff's pro se status, the Court will grant him another opportunity to advise it of the status of this action. Therefore, on or before February 10, 2020, the plaintiff shall advise the Court, in writing, of the status of this action. The plaintiff shall send his writing to the Court's Pro Se Intake Office. The plaintiff is reminded that failing to comply with a court order may result in sanctions, including the dismissal of a complaint.

Dated: New York, New York
   February 3, 2020

Copy mailed to:

Christopher O'Rourke

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE